Randy J. Harvey, OSB #116714
Email: randy@elpnw.com
Patrick G. Conroy, OSB #223806
Email: patrick@elpnw.com

**EMPLOYMENT LAW PROFESSIONALS NORTHWEST LLC**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
Telephone: 503-822-5340
Facsimile: 503-433-1404

Of Attorneys for Plaintiff **Shawna Yost**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **Shawna Yost**<br><br>          Plaintiff,<br>  v.<br><br>**NETARTS-OCEANSIDE FIRE DISTRICT,  JEFF MCBRAYER**, individually and in his official capacity, **MARK BAKER**, individually and in his official capacity,<br><br>  Defendants. | Case No.<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF<br><br>(42 U.S.C. § 1983 – First and Fourteenth Amendments)<br><br>**NOT SUBJECT TO ARBITRATION**<br><br>**Filing Fee: $405**<br><br>**Demand:  $1,380,000** against each individual defendant<br><br>**JURY TRIAL DEMANDED** |

PAGE 1 – **COMPLAINT**

## I. INTRODUCTION

1. This civil rights action arises from the termination of a long-serving public employee who refused to participate in undisclosed financial practices and objected to the destruction and falsification of public records.

2. Plaintiff repeatedly raised concerns regarding financial transparency, compliance with Oregon law, and record integrity within Netarts-Oceanside Fire District ("NOFD").

3. Documentary evidence—including internal emails, text messages, billing records, preservation correspondence, and termination materials—demonstrates that Plaintiff's objections were followed by escalating hostility, suspension, and termination.

4. The NOFD Board of Directors, acting as final policymaker, conducted a termination hearing and voted to terminate Plaintiff despite her documented rebuttal evidence and objections to undisclosed materials.

## II. JURISDICTION AND VENUE

5. This action arises under 42 U.S.C. § 1983 and the First and Fourteenth Amendments.

6. Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

7. Venue is proper in this District under 28 U.S.C. § 1391(b).

## III. PARTIES

8. Plaintiff Shawna Yost was employed by NOFD from 2015 until March 18, 2025.

9. Defendant NOFD is a municipal corporation governed by an elected Board.

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

10. Defendant Jeff McBrayer served as Fire Chief.

11. Defendant Mark Baker served as Division Chief.

## IV. FACTUAL ALLEGATIONS

12. Plaintiff consistently received positive performance evaluations.

13. In October 2023, McBrayer informed Plaintiff he maintained two sets of financial records reflecting over $40,000 in over-expenditures.

14. Plaintiff refused to assist in maintaining undisclosed records and advised corrective reporting.

15. On December 19, 2024, McBrayer texted Plaintiff regarding installation of personal Starlink service due to billing issues.

16. Plaintiff objected to falsified reporting and destruction of required state safety records.

17. On January 10, 2025, Plaintiff met with Division Chief Baker to report compliance concerns.

18. On February 18, 2025, Plaintiff was placed on administrative leave based on an alleged Tillamook PUD discrepancy.

19. Plaintiff confirmed with Tillamook PUD that the bill had been paid.

20. On February 20, 2025, Plaintiff's counsel sent an Electronic Preservation Letter.

21. On February 27, 2025, photographs documented alteration of Plaintiff's office and shredding of documents.

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

22. On March 18, 2025, the Board conducted a termination hearing and reviewed a 91-page packet.

23. Anonymous written statements were admitted without prior disclosure.

24. The Board voted to terminate Plaintiff's employment.

## V. CLAIM ONE – FIRST AMENDMENT RETALIATION (42 U.S.C. § 1983) AGAINST NOFD

25. Plaintiff incorporates paragraphs 1-24 as fully set forth herein.

26. Plaintiff's speech addressed misuse of public funds, financial transparency, and compliance with Oregon law.

27. Plaintiff's ordinary duties included bookkeeping and processing invoices; they did not include maintaining undisclosed financial records, concealing over-expenditures, or approving destruction of required safety records.

28. Plaintiff's refusal to participate in undisclosed financial practices and her objections to record destruction exceeded routine clerical tasks and constituted citizen speech on matters of public concern.

29. Documentary evidence demonstrates temporal proximity between Plaintiff's protected reports (January 10, 2025, meeting notes) and disciplinary action (February 18, 2025, suspension letter).

30. The stated PUD discrepancy was contradicted by utility verification documents.

31. Plaintiff's suspension and termination constitute adverse employment actions.

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

32. Plaintiff's protected activity was a substantial or motivating factor in Defendants' actions.

## VI. CLAIM TWO – PROCEDURAL DUE PROCESS (42 U.S.C. § 1983) AGAINST NOFD

33. Plaintiff incorporates paragraphs 26 through 32 as if fully set forth herein.

34. Plaintiff had a protected property interest in continued employment and accrued PTO.

35. Documentary evidence shows anonymous statements were introduced at the hearing without advance disclosure.

36. The Board indicated it had reviewed materials prior to the hearing.

37. Plaintiff was deprived of a meaningful opportunity to respond to the evidence against her.

## VII. CLAIM THREE – LIBERTY INTEREST (STIGMA-PLUS) (42 U.S.C. § 1983) AGAINST NOFD

38. Plaintiff incorporates paragraphs 33 through 37 as fully set forth herein.

39. After termination, McBrayer reported to the State of Oregon that Plaintiff was violent and required restraint.

40. These statements resulted in the initial denial of unemployment benefits causing Plaintiff to incur attorney fees and costs to appeal the unlawful denial of benefits. .

41. Plaintiff was not afforded a name-clearing hearing addressing those allegations.

## VIII. MUNICIPAL LIABILITY (MONELL) AGAINST NOFD

42. Plaintiff incorporates paragraphs 38 through 41 as fully set forth herein.

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

43. The NOFD Board possesses final authority over employee termination decisions.

44. The Fire Chief's recommendation was not effective absent Board approval.

45. The Board reviewed documentary evidence conducted a hearing and voted to terminate Plaintiff.

46. The Board's vote constituted official municipal policy.

47. Alternatively, the Board ratified the termination decision after reviewing its grounds and Plaintiff's rebuttal.

48. The Board's decision was the moving force behind the constitutional violations.

## IX. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests:

A. Against NOFD reinstatement or front pay according to proof no less than $700,000;

B. Against NOFD back pay and benefits according to proof no less than $180,000;

C. Against all defendants compensatory damages including emotional distress and loss of reputation according to proof no less than $300,000;

D. Against each individual defendant punitive damages of no less than $100,000 each;

E. Attorneys' fees under 42 U.S.C. § 1988;

F. Injunctive relief;

G. Such other relief as the Court deems just and proper.

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404

DATED this 19th  day of February 2026

Respectfully submitted,

**EMPLOYMENT LAW PROFESSIONALS**

By:     */s/ Randy J. Harvey*
        Randy J. Harvey, OSB #116714
        Email: randy@elpnw.com
        Patrick G. Conroy, OSB #223806
        Email: patrick@elpnw.com
        20015 SW Pacific Hwy., Suite 221
        Sherwood, Oregon 97140
        Telephone: 503-822-5340
        Facsimile: 503-433-1404

        Of Attorneys for Plaintiff Shawna Yost

**EMPLOYMENT LAW PROFESSIONALS**
20015 SW Pacific Hwy., Suite 221
Sherwood, Oregon 97140
(503) 822-5340 – Fax (503) 433-1404